# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EV12 | 9651701 | Winston | 212 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 09/30/2020 1137 am
**Offense Charged:** VSC 46.2-301 (State Code)
**Place of Offense:** Tulley Gate

**Offense Description; Factual Basis for Charge:**
Driving while license is Suspended or Revoked

### DEFENDANT INFORMATION
**Last Name:** Bogaraski-Nelson
**First Name:** Marija

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| YKU-3366 | VA | 1994 | Ford | Green |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
**Court Address:** 401 courthouse Square, Alexandria VA
**Date:** 7 Dec 20
**Time:** 0900

X Defendant Signature: Marija B-Nelson

*9651701*

---

(For issuance of an arrest warrant or summons)

I state that on **30 September**, 20 **20** while exercising my duties as a law enforcement officer in the **Eastern** District of **Virginia**

On 30 September at approximately 1130 hours an individual attempting to gain access to the installation with a suspended drivers license. upon arrival I observed a green pick up truck entering the inspection area. I made contact with the who was identified by her Virginia drivers license as Mrs. Bogaraski-Nelson. A VCIN/NCIC check of Mrs. Bogaraski-Nelson Virginia operator's license was conducted which revealed to be suspended without a reason listed. Mrs. Bogaraski-Nelson was issued one CVB for Driving while licensed Suspended or revoked with a mandatory court date of 7 December 2020.

The foregoing statement is based upon:
☒ my personal observation ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/30/2020

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident